```
 1  SHAWN N. ANDERSON
    United States Attorney
 2  BENJAMIN K. PETERSBURG
    Assistant U.S. Attorney
 3  Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
 4  Hagåtña, Guam  96910
    PHONE: (671) 472-7332
 5  FAX: (671) 472-7215

 6  Attorneys for the United States of America
```



FILED
DISTRICT COURT OF GUAM

JUN 03 2020

JEANNE G. QUINATA
CLERK OF COURT



ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANICETO T. DELES,<br><br>Defendant. | CRIMINAL CASE NO. 20-00013 ~~20-00010~~<br><br>**INDICTMENT**<br><br>**THEFT WITHIN SPECIAL MARITIME AND TERRITORIAL JURISDICTION**<br>[18 U.S.C. § 661] |

THE GRAND JURY CHARGES:

On or about March 12, 2019, in the District of Guam, and at a place within the special maritime and territorial jurisdiction of the United States, that is, Andersen Air Force Base, Guam, the defendant, ANICETO T. DELES, did take and carry away, with intent to steal and purloin, the personal property of N.F., namely $1,000.00 (one thousand dollars) in United States currency and eight (8) gold coins, of a value exceeding $1,000.00.

\\

\\

\\

INDICTMENT- 1

Case 1:20-cr-00013   Document 1   Filed 06/03/20   Page 1 of 2

All in violation of Title 18, United States Code, Section 661.

DATED this __3rd__ day of June, 2020.

A TRUE BILL.

REDACTED
REDACTED

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and the NMI

By: _____
BENJAMIN K. PETERSBURG
Assistant U.S. Attorney

INDICTMENT- 2